# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**Case No. 19-11726-F**

On Appeal from the Southern District of Florida
Case Nos. 18-cv-61556-DPG and 18-cv-61558-DPG

*In re* CHRISPUS VENTURE CAPITAL, LLC,
RICHARD TARRANT, JAMES JURANITCH,
CHAD PUGATCH, AND RICE PUGATCH
ROBINSON & SCHILLER, PA.,

    Petitioners.
_____/

# RESPONDENT'S UNOPPOSED MOTION FOR 14-DAY ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS

Dated: July 22, 2019.

                              Robert J. Hauser
                              Florida Bar No. 55141
                              (BCS Appellate Practice)
                              **PANKAUSKI HAUSER PLLC**
                              415 South Olive Avenue
                              West Palm Beach FL 33401
                              Phone: (561) 514-0900
                              courtfilings@phflorida.com
                              *Counsel for Respondent*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In compliance with Local Rule 26.1-1, the undersigned counsel for the Respondent, Joseph G. Wortley, certifies that the following is a complete list of all trial judge(s), attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this particular case or appeal, and includes subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

There are no known stock ticker symbols or publicly traded entities among these parties. No Creditors' Committee was formed below.

1. Akerman, LLP, counsel for Petitioners Chrispus / Tarrant

2. Baldiga, William, former counsel for Wortley

3. Bast, Amron, counsel for Trustee in bankruptcy

4. Bast, Jeffrey, counsel for Trustee in bankruptcy

5. Beasley Kramer & Galardi, P.A., former counsel for Wortley

6. Bondurant Mixson & Elmore, LLP, counsel for Pugatch and Rice Pugatch Robinson & Schiller, P.A.

7. Boyd & Jenerette, former bankruptcy counsel for Wortley

8. Brown Rudnick LLP, former counsel for Wortley

9. Campion, Tara, former counsel for Wortley

10. Carver, Christopher S., former counsel for Chrispus

11. Chrispus Venture Capital LLC, Petitioner, 5% owner of the Debtor Global

12. Delgado, Jorge, former counsel for Wortley

13. Edelboim, Morgan, former counsel for Trustee in bankruptcy

14. Fiore, Kristen, Counsel for Chrispus and Tarrant

15. Garfinkle, Jesse, former counsel for Wortley

16. Gayles, Honorable Darren P, United States District Judge

17. Giddings, Katherine, counsel for Chrispus / Tarrant

18. Global Energies, LLC, Debtor

19. Goldberg, Michael, counsel for Chrispus / Tarrant

20. Graner Law Group, former bankruptcy counsel for Wortley

21. Graner, Thomas U., former bankruptcy counsel for Wortley

22. Hauser, Robert J., counsel for Wortley

23. Juranitch, James, CEO, Co-Managing Member, and 63% owner of Debtor Global

24. Klein, Nolan, counsel for Juranitch

25. Kluger, Kaplan, Silverman, Katzen & Levine, P.L., former counsel for Wortley

26. Kretzschmar, Catherine, counsel for Chrispus / Tarrant

27. Law Offices of Nolan Klein, PA, counsel for Juranitch

28. Levine, Todd, former counsel for Wortley

29. Lowrey, Frank M., IV, counsel for Pugatch and Rice Pugatch Robinson & Shiller, PA

30. Maddocks, Erin, counsel for Chrispus / Tarrant

31. Marra, Honorable Kenneth A., United States District Judge

32. McLaughlin Stern, former bankruptcy counsel for Wortley

33. Moore, Honorable K. Michael, United States District Judge

34. Mukamal, Barry, trustee for Debtor Global

35. Neiwirth, Ronald J., former bankruptcy counsel for Wortley

36. Newburgh, Steven S., former bankruptcy counsel for Wortley

37. Pankauski Hauser PLLC, counsel for Wortley

38. Plasma Power, LLC, affiliate of Juranitch and Chrispus Venture Capital LLC owned 50% by Juranitch and 50% by Chrispus

39. Platzek, Stephen K., former bankruptcy counsel for Wortley

40. Pugatch, Chad P., former counsel for Chrispus / Tarrant

41. Pugatch, Craig, former counsel for Chrispus / Chad Pugatch / and Rice Pugatch Robinson & Shiller, PA

42. Rains, John H., IV, counsel to Pugatch and Rice Pugatch Robinson & Shiller, PA

43. Ray, Honorable Raymond B., United States Bankruptcy Judge

44. Rice Pugatch Robinson & Schiller, Petitioner

45. Rice Pugatch Robinson Storfer & Cohen, PLLC fka Rice Pugatch Robinson & Schiller, PA, counsel for Chad Pugatch

46. Roberts Asset Management, LLC, 7% Owner of Chrispus

47. Roberts, Ronald, principal of Chrispus

48. Rodriguez, Stay J., former counsel for Chrispus

49. Rogow, Bruce, former counsel for Wortley

50. Rogow Law Firm, former counsel for Wortley

51. Softness, David, Esq., former bankruptcy counsel for Wortley

52. Tarrant, Richard, Petitioner, and principal and 93% owner of Chrispus

53. United States Trustee

54. Williams, Honorable Kathleen M., United States District Judge

55. Wortley, Joseph G., Respondent, and co-Managing Member and 32% owner of the Debtor Global

56. Zinkler III, George L., former counsel for Chrispus / counsel for Chad Pugatch and Rice Pugatch Robinson & Schiller, PA

57. Zloch, Honorable William J, United States Judge

# RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION

Respondent, Joseph G. Wortley (the "Respondent"), by and through his undersigned appellate counsel, pursuant to Federal Rule of Appellate Procedure 26(b) and Eleventh Circuit Rule 31-2, respectfully moves for an unopposed 14-day extension of time to serve his written response to the Petition, until Thursday, August 15, 2019, and states:

1. The Petition for Writ of Mandamus was filed in this case on May 6, 2019.

2. This case is related to Case No. 19-11816, in which the Petitioners / Appellants are alternatively seeking direct appellate review of the same district court order via an appeal. There is a Jurisdictional Question pending in that case. The undersigned counsel for the Respondent has consented to two consecutive thirty-day enlargements of time for the Petitioners/Appellants to serve their principal brief in Case No. 19-11816. Each such enlargement has been granted by the Court.

3. On July 18, 2019, while the Jurisdictional Question was still pending in Case No. 19-11816, this Court entered an order directing the Respondent to file a response to the Petition here, in Case No. 19-11726, within 14 days. The deadline set by the Court is August 1, 2019.

4. The participation of Respondent's undersigned appellate specialist counsel is appropriate for the response. Respondent's undersigned counsel prepared the response to the Jurisdictional Question, the principal and reply briefs in Eleventh Circuit Case No. 13-11666, and the principal and reply briefs in Southern District of Florida Case Nos. 18-61556/ 18-61558-DPG. The undersigned counsel would prepare the principal brief of the appellee in Case No. 19-11816, if necessary.

5. Unfortunately, the recently-directed August 1 deadline set by the Court creates an unexpected deadline on the Thursday of the only full-work-week vacation taken each year by Respondent's undersigned appellate counsel. This year, that week is Saturday, July 27 to Saturday, August 3, 2019. This annual vacation is prepaid by grandparents for their children and grandchildren to stay at a prearranged travel destination.

6. As a result, counsel for Respondent requests an additional 14-day enlargement to submit the Response to the Petition in this case. This request is made by necessity and in good faith and not for purposes of delay. No party will be prejudiced by the request.

7. <u>Certificate of Consultation</u>. We contacted counsel for the Petitioners pursuant to Eleventh Circuit Rule 26-1 to determine whether there may be an objection to our request. Counsel for the Petitioners has courteously authorized us

to represent that Petitioners do not oppose this requested extension of time. We do appreciate their courtesy.

WHEREFORE, Respondent respectfully requests that this Court enter an order granting until and including August 15, 2019 to submit the Response to the pending Petition for Writ of Mandamus.

Dated: July 22, 2019.

Respectfully submitted by,

By:   /s/ *Robert J. Hauser*
      Robert J. Hauser
      Florida Bar No. 55141
      (B.C.S. Appellate Practice)
      **PANKAUSKI HAUSER PLLC**
      415 South Olive Avenue
      West Palm Beach FL 33401
      Phone: (561) 514-0900
      courtfilings@phflorida.com
      *Counsel for Respondent*

## CERTIFICATE OF RULE 32(g)(1) COMPLIANCE

I certify that this document complies with the type-volume limitation set forth in FRAP 27(d)(2)(A). This document contains 466 words, excluding the parts exempted by FRAP 32(f). This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

By:   /s/ *Robert J. Hauser*
      Robert J. Hauser

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this case whom are registered through the CM/ECF.

Katherine E. Giddings, B.C.S.
Kristen Fiore, B.C.S.
**AKERMAN LLP**
106 E. College Ave., Suite 1200
Tallahassee, Florida 32301
katherine.giddings@akerman.com

Michael I. Goldberg
**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
michael.goldberg@akerman.com

Nolan Keith Klein
**LAW OFFICES OF NOLAN KLEIN, P.A.**
Wells Fargo Tower
One East Broward Blvd., Ste. 1500
Fort Lauderdale, FL 33301
Klein@nklegal.com

Frank M. Lowrey IV
John H. Rains IV
**BONDURANT MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
lowrey@bmelaw.com
rains@bmelaw.com

*District Court Judge*
(service by U.S. Mail)
The Honorable Darrin P. Gayles
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 11-1
Miami, FL 33128

By: /s/ *Robert J. Hauser*
Robert J. Hauser