THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

USCA Case No. 19-11726
United States District Court, Southern District of Florida
Case Nos.: 0:18-cv-61556-DPG and 0:18-cv-61558-DPG

*In re* CHRISPUS VENTURE CAPITAL, LLC,
RICHARD TARRANT, JAMES JURANITCH,
CHAD PUGATCH, AND
RICE PUGATCH ROBINSON SCHILLER, PA.,

    Petitioners.

_____/

**PETITIONERS' JOINT RESPONSE TO RESPONDENT'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PETITION FOR WRIT OF MANDAMUS**

KATHERINE E. GIDDINGS, B.C.S. (949396)
KRISTEN FIORE, B.C.S. (25766)
**AKERMAN LLP**
106 E. College Ave., Suite 1200
Tallahassee, Florida 32301
Telephone: (850) 224-9634
Facsimile: (850) 222-0103
katherine.giddings@akerman.com
kristen.fiore@akerman.com

MICHAEL I. GOLDBERG (886602)
**AKERMAN LLP**
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
michael.goldberg@akerman.com

*Attorneys for Petitioners
Chrispus Venture Capital, LLC and Richard Tarrant*

49526431;1

NOLAN KEITH KLEIN (647977)
**LAW OFFICES OF NOLAN KLEIN, P.A.**
Wells Fargo Tower
One East Broward Blvd., Ste. 1500
Fort Lauderdale, FL 33301
Telephone: (954) 745-0588
Klein@nklegal.com

*Attorney for Petitioner*
*James Juranitch*

FRANK M. LOWREY IV
Georgia Bar No. 410310
JOHN H. RAINS IV
Georgia Bar No. 556052
**BONDURANT MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
(404) 881-4100
lowrey@bmelaw.com
rains@bmelaw.com

*Attorneys for Petitioners*
*Chad Pugatch, and*
*Rice Pugatch Robinson & Schiller, PA*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE PURSUANT TO FRAP 26.1 AND 11TH CIR. R. 26.1-1

Pursuant to Rule 26.1-1 of the Eleventh Circuit Rules, Petitioners Chrispus Venture Capital, LLC ("Chrispus"), Richard Tarrant, James Juranitch, Chad Pugatch, and Rice Pugatch Robinson & Schiller, PA, certify that the following is a complete list of all trial judge(s), attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this particular case or appeal, and includes subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

There are no known stock ticker symbols or publicly traded entities among these parties. In addition, no Creditor's Committee was formed below.

1. Akerman LLP (Counsel for Petitioners Chrispus and Tarrant)

2. Baldiga, William (Former Counsel for Respondent Wortley)

3. Bast Amron (Counsel for Trustee in bankruptcy)

4. Bast, Jeffrey (Counsel for Trustee in bankruptcy)

5. Beasley Hauser Kramer & Galardi, P.A. (Former Counsel for Wortley)

6. Bondurant Mixson & Elmore, LLP (Counsel for Chad Pugatch and Rice Pugatch Robinson & Schiller, P.A.)

7. Boyd & Jenerette (Former Bankruptcy Counsel for Wortley)

8. Brown Rudnick LLP (Former Counsel for Wortley)

9. Campion, Tara (Former Counsel for Wortley)

10. Carver, Christopher S. (Former Counsel for Chrispus)

11. Chrispus Venture Capital, LLC (Petitioner, 5% owner of Debtor Global) ("Chrispus")

12. Delgado, Jorge (Former Counsel for Wortley)

13. Edelboim, Morgan (Former Counsel for Trustee in Bankruptcy)

14. Fiore, Kristen (Counsel for Chrispus and Tarrant)

15. Garfinkle, Jesse (Former Counsel for Wortley)

16. Gayles, Honorable Darren P. (United States District Judge)

17. Giddings, Katherine E. (Counsel for Chrispus and Tarrant)

18. Global Energies, LLC (Debtor) ("Global")

19. Goldberg, Michael I. (Counsel for Chrispus and Tarrant)

20. Graner Law Group (Former Bankruptcy Counsel for Wortley)

21. Graner, Thomas U. (Former Bankruptcy Counsel for Wortley)

22. Hauser, Robert J. (Counsel for Wortley)

23. Juranitch, James (CEO, Co-Managing Member, and 63% owner of Debtor Global)

24. Klein, Nolan (Counsel for Juranitch)

25. Kluger, Kaplan, Silverman, Katzen & Levine, P.L. (Former Counsel for Wortley)

26. Kretzschmar, Catherine (Counsel for Chrispus and Tarrant)

27. Law Offices of Nolan Klein, P.A. (Counsel for Juranitch)

28. Levine, Todd (Former Counsel for Wortley)

29. Lowrey, Frank M., IV (Counsel for Chad Pugatch and Rice Pugatch Robinson & Schiller, P.A.)

30. Maddocks, Erin (Counsel for Chrispus and Tarrant)

31. Marra, Honorable Kenneth A. (United States District Judge)

32. McLaughlin Stern (Former Bankruptcy Counsel for Wortley)

33. Moore, Honorable K. Michael (United States District Judge)

34. Mukamal, Barry (Chapter 7 Trustee for Debtor Global)

35. Neiwirth, Ronald J. (Former Bankruptcy Counsel for Wortley)

36. Newburgh, Steven S. (Former Bankruptcy Counsel for Wortley)

37. Pankauski Hauser PLLC (Counsel for Wortley)

38. Plasma Power, LLC (Limited Liability Company Owned 50% by James Juranitch and 50% by Chrispus) ("Plasma Power")

39. Platzek, Stephen K. (Former Bankruptcy Counsel for Wortley)

40. Pugatch, Chad P. (Former Counsel for Chrispus and Petitioner)

41. Pugatch, Craig (Former Counsel for Chrispus and Counsel for Chad Pugatch and Rice Pugatch Robinson & Schiller, P.A.)

42. Rains, John H., IV (Counsel for Chad Pugatch and Rice Pugatch Robinson & Schiller, P.A.)

43. Ray, Honorable Raymond B. (United States Bankruptcy Judge)

44. Rice Pugatch Robinson & Schiller, P.A. (Petitioner)

45. Rice Pugatch Robinson Storfer & Cohen, PLLC f/k/a Rice Pugatch Robinson & Schiller, P.A. (Counsel for Chad Pugatch)

46. Roberts Asset Management, LLC (7% Owner of Chrispus)

47. Roberts, Ronald (Principal of Chrispus)

48. Rodriguez, Stacy J. (Former Counsel for Chrispus)

49. Rogow, Bruce S. (Former Counsel for Wortley)

50. Rogow Law Firm (Former Counsel for Wortley)

51. Softness, David R. (Former Bankruptcy Counsel for Wortley)

52. Tarrant, Richard (Petitioner, Principal and 93% Owner of Chrispus) ("Tarrant")

53. United States Trustee

54. Williams, Honorable Kathleen M. (United States District Judge)

55. Wortley, Joseph G. (Respondent, Co-Managing Member and 32% Owner of Debtor Global) ("Wortley")

56. Zinkler III, George L. (Former Counsel for Chrispus, Counsel for Chad Pugatch and Rice Pugatch Robinson & Schiller, P.A.)

57. Zloch, Honorable William J. (United States District Judge)

# PETITIONERS' JOINT RESPONSE TO RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF MANDAMUS

Petitioners, Chrispus Venture Capital, LLC, Richard Tarrant, James Juranitch, Chad Pugatch, and Rice Pugatch Robinson & Schiller, PA (collectively "**Petitioners**") jointly file this response to Respondent Joseph G. Wortley's Unopposed Motion for Extension of Time to File Response to Petition for Writ of Mandamus (the "**Motion**") and state:

The undersigned file this response on behalf of all Petitioners. Petitioners do not oppose the relief requested in the Motion.

Respectfully submitted,

/s/ Katherine E. Giddings_____
KATHERINE E. GIDDINGS, B.C.S. (949396)
KRISTEN FIORE, B.C.S. (25766)
**AKERMAN LLP**
106 E. College Ave., Suite 1200
Tallahassee, Florida 32301
Telephone: (850) 224-9634
Facsimile: (850) 222-0103
katherine.giddings@akerman.com

MICHAEL I. GOLDBERG (886602)
**AKERMAN LLP**
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
michael.goldberg@akerman.com

*Attorneys for Petitioners*
*Chrispus Venture Capital, LLC and Richard Tarrant*

/s/ Nolan K. Klein
NOLAN KEITH KLEIN (647977)
**LAW OFFICES OF NOLAN KLEIN, P.A.**
Wells Fargo Tower
One East Broward Blvd., Ste. 1500
Fort Lauderdale, FL 33301
Telephone: (954) 745-0588
Klein@nklegal.com

*Attorney for Petitioner, James Juranitch*

/s/ Frank M. Lowrey IV
FRANK M. LOWREY IV
Georgia Bar No. 410310
JOHN H. RAINS IV
Georgia Bar No. 556052
**BONDURANT MIXSON &
  ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309-3417
(404) 881-4100
lowrey@bmelaw.com
rains@bmelaw.com

*Attorneys for Petitioners
Chad Pugatch, and
Rice Pugatch Robinson Schiller, PA*

## FRAP 32(g)(1) CERTIFICATE OF COMPLIANCE

I certify that this document complies with the type-volume limitation set forth in FRAP 27(d)(2). This document contains 88 words, excluding the parts exempted by FRAP 32(f) and 11th Cir. R. 32-4. This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Times New Roman font.

/s/ Katherine E. Giddings
KATHERINE E. GIDDINGS, B.C.S.

3

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this case whom are registered through the CM/ECF.

*Counsel for Respondent*
(service by ECF)
Robert Jeffrey Hauser, Esq.
PANKAUSKI HAUSER PLLC
415 South Olive Avenue
West Palm Beach, Florida 33401
561 514 0900 (voice)
Email: hauser@phflorida.com

/s/ Katherine E. Giddings
KATHERINE E. GIDDINGS, B.C.S.